Filed May 14, 1889.

---

No. 13,663.

## BURKETT ET AL. *v.* HOLEMAN.

From the Marshall Circuit Court.

*G. W. Holman* and *M. R. Smith,* for appellants.

*J. Rowley* and *M. A. Baker,* for appellee.

ELLIOTT, C. J.—Affirmed on the authority of *Burkett* v. *Bowen,* 118 Ind. 379.